# EXHIBIT A

FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM
INDEX NO. 527685/2024

NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 10/11/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.:
Date Purchased:

---------------------------------------------------------------X

E.C., an infant under the age of eighteen years by his mother
and natural guardian, SARIT CHEN,

**SUMMONS**

Plaintiff,

Plaintiff designates Kings
County as the place of trial.

-against-

The basis of venue is:
CPLR 503(a)

OORAH INC. d/b/a THE ZONE AND CHILL ZONE,

Defendant.

---------------------------------------------------------------X

## To the above named Defendant:

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Mineola, New York
    October 11, 2024

KASTON & ABERLE, LLP

By: _David Kaston_

DAVID E. KASTON, ESQ.
*Attorneys for Plaintiffs*
259 Mineola Boulevard
Mineola, New York 11501
(516) 873-3040
File No. JM 6118

TO:    *Service via Secretary of State*
       *pursuant to §306*
       **OORAH INC. d/b/a THE ZONE AND CHILL ZONE**
       1805 Swarthmore Avenue
       Lakewood, NJ 08701

FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM    INDEX NO. 527685/2024

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 10/11/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
E.C., an infant under the age of eighteen years by his mother
and natural guardian, SARIT CHEN,

Index No.:

**VERIFIED COMPLAINT**

Plaintiff,

-against-

OORAH INC. d/b/a THE ZONE AND CHILL ZONE,

Defendant.
-------------------------------------------------------------------X

Plaintiffs, E.C., an infant under the age of eighteen years by his mother and natural guardian,

SARIT CHEN, by her attorneys, KASTON & ABERLE, LLP, complaining of the defendant,

respectfully alleges, upon information and belief:

1.      That at the time of the commencement of this action, plaintiffs were and still is are

residents of the State of Israel.

2.      That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE

AND CHILL ZONE, was and still is a foreign not-for-profit corporation duly organized and existing

pursuant to the laws of the State of New Jersey.

3.      That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE

AND CHILL ZONE, was and still is a business entity operating in the State of New York.

4.      That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE

AND CHILL ZONE, was and still is a business entity authorized to do business in the State of New

York.

5. That at all times hereinafter mentioned, and on or about August 4, 2023, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, was the owner of the property located at 123 Scotch Valley Road, Stamford, County of Delaware, State of New York.

6. That at all times hereinafter mentioned, and on or about August 4, 2023, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, was the lessor the property known as 123 Scotch Valley Road, Stamford, County of Delaware, State of New York.

7. That at all times hereinafter mentioned, and on or about August 4, 2023, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, was the lessee the property known as 123 Scotch Valley Road, Stamford, County of Delaware, State of New York.

8. That at all times hereinafter mentioned, and on or about August 4, 2023, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, was the owner of the premises known as 123 Scotch Valley Road, Stamford, County of Delaware, State of New York.

9. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, operated the aforesaid premises.

10. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, maintained the aforesaid premises.

11. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, controlled the aforesaid premises.

12. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, managed the aforesaid premises.

13. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, had a duty to inspect the aforesaid premises.

FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM   INDEX NO. 527685/2024
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 10/11/2024

14. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, had a duty to repair the aforesaid premises.

15. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, had a duty to clean the aforesaid premises.

16. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, was responsible for keeping the aforesaid premises clean and in a safe condition.

17. That at all times hereinafter mentioned, defendant, OORAH INC. d/b/a THE ZONE AND CHILL ZONE, had an obligation to inspect the aforesaid premises.

18. That on August 04, 2023, infant plaintiff, E.C., was lawfully on the aforesaid premises.

19. That on August 04, 2023, while the infant plaintiff, E.C., was at the aforesaid location, he was caused to sustain severe and permanent injuries through defendant's negligence.

20. That the defendant, their agents, servants and/or employees were careless, reckless and negligent in the ownership, operation, possession, control, supervision, maintenance, repair and management of the aforesaid premises.

21. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of defendant, without any fault or negligence on the part of the plaintiff, E.C, contributing thereto.

22. The above-mentioned occurrence, and the results thereof, were caused by the negligence of the defendant and/or said defendant's agents, servants, employees, contractors and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM    INDEX NO. 527685/2024
NYSCEF DOC. NO. 1                                              RECEIVED NYSCEF: 10/11/2024

23:    That the defendant, its agents, servants, and/or employees were negligent and careless in knowingly allowing and permitting the aforementioned premises to be and remain in a dangerous condition; in negligently and carelessly causing and permitting said premises to be and remain in said condition for an unreasonable length of time, resulting in a hazard to the public and in particular, the plaintiff herein; in negligently and carelessly permitting the use of said premises by its invitees and/or licensees after creating such a hazardous condition and in unreasonably and improperly not taking affirmative action to exercise a duty of care and remedy same by removing such hazardous condition, thereby creating a danger to the plaintiff and others.

24.    That by reason of the foregoing, the infant plaintiff, E.C., has been damaged in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

WHEREFORE, plaintiffs demand judgment against the defendant in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action, together with the interest, costs and disbursements.

Dated: Mineola, New York
      October 11, 2024

KASTON & ABERLE, LLP

By:_____
       DAVID E. KASTON, ESQ.
*Attorneys for Plaintiffs*
259 Mineola Boulevard
Mineola, New York 11501
(516) 873-3040
File No. JM 6118

TO:    *Service via Secretary of State*
      *pursuant to §306*
      **OORAH INC. d/b/a THE ZONE AND CHILL ZONE**
      1805 Swarthmore Avenue
      Lakewood, NJ 08701

FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM                    INDEX NO. 527685/2024
NYSCEF DOC. NO. 1                                               RECEIVED NYSCEF: 10/11/2024

# ATTORNEY VERIFICATION

STATE OF NEW YORK      }
                       } ss.:
COUNTY OF NASSAU       }

I, DAVID E. KASTON, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following under the penalties of perjury:

1.      I am a partner of the law firm of KASTON & ABERLE, LLP, attorneys of record for the plaintiff, in the within action.

2.      I am fully familiar with the facts and circumstances of this action from a review of the file maintained by this office.

3.      I have read the foregoing *SUMMONS AND VERIFIED COMPLAINT* and know the contents thereof and same is true to my knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

4.      The reason this Verification is made by me and not by the plaintiff is because the plaintiff is an individual who is outside the county from where deponent maintains his principal office.

Dated: Mineola, New York
       October 11, 2024

*David Kaston*

_____
DAVID E. KASTON, ESQ.

**FILED: KINGS COUNTY CLERK 10/11/2024 02:09 PM**   INDEX NO. 527685/2024

NYSCEF DOC. NO. 1   RECEIVED NYSCEF: 10/11/2024

Index No.                           Year 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

E.C., an infant under the age of eighteen years by his mother
and natural guardian, SARIT CHEN,

                                        Plaintiff,

            -against-

OORAH INC. d/b/a THE ZONE AND CHILL ZONE,

                                        Defendant.

---

## SUMMONS AND VERIFIED COMPLAINT

---

### KASTON & ABERLE, LLP

*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
259 MINEOLA BOULEVARD
MINEOLA, NEW YORK 11501
(516) 873-3040
FAX: (516) 873-5166

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained on the annexed document are not frivolous and that we are in compliance with the remaining sections thereof and with Section 22 NYCRR 1200.41-a.*

*Dated: October 11, 2024*

            Signature *David Kaston*
            Print Signer's Name  *DAVID E. KASTON, ESQ.*

---

Service of a copy of the within                    is hereby admitted.
Dated
Attorneys for  .............................................

*S I R : - PLEASE TAKE NOTICE*

☐       that the within is a *(certified)* true copy of a
        duly entered in the office of the clerk of the within named court on
NOTICE OF
ENTRY

☐       that an Order of which the within is a true copy will be presented for settlement to
the Hon.            one of the judges of the within named court, at
NOTICE OF SETTLEMENT       on        at       AM.
Dated:

                    Yours, etc.,
                    **KASTON & ABERLE, LLP**
                    *Attorneys for Plaintiff*
                    *Office and Post Office Address, Telephone*
                    **259 MINEOLA BOULEVARD**
                    **MINEOLA, NEW YORK 11501**
                    **(516) 873-3040**
                    **FAX: (516) 873-5166**
                    7 of 7